No. 669. UNITED STATES *v.* LEIB RITTERMAN. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Mitchell, Messrs. J. Kennedy White,* and *Harry B. Amey* for the United States. *Mr. Albert MacC. Barnes, Jr.,* for respondent.

---

No. 673. ED. W. HOPKINS, ASSESSOR, ET AL. *v.* SOUTHERN CALIFORNIA TELEPHONE COMPANY ET AL. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Everett W. Mattoon* for petitioners. *Messrs. Oscar Lawler, F. D. Madison,* and *Alfred Sutro* for respondents.

---

No. 697. UNITED STATES *v.* MORITZ NEUBERGER. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Mitchell* for the United States. *Mr. Louis Marshall* for respondent. See *post*, p. 777.

---

No. 705. ROBERT DAVID KERCHEVAL, OTHERWISE CALLED " BOB " KERCHEVAL, ETC., *v.* UNITED STATES. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. William E. Leahy, William J. Hughes, Jr.,* and *Edward J. Callahan* for petitioner. *Solicitor General Mitchell, Assistant to the Attorney General Donovan, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 727. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY *v.* JOHN RELLSTAB, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, ET AL. December 13, 1926. Petition for a writ of certio-